JENNIFER M. COUGHLIN
**K&L GATES LLP**
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile: (907) 865-2443
jennifer.coughlin@klgates.com
Attorney for Defendant Jo-Ann Stores, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| DEBRA ANN ALEXANDER,<br><br>                          Plaintiffs,<br><br>   v.<br><br>JO-ANN STORES, INC., d/b/a JO-ANN FABRICS AND CRAFTS<br><br>                          Defendant. | Case No. _____<br>NOTICE OF REMOVAL OF ACTION<br><br>U.S.C. § 1441(b) (DIVERSITY) |

To:    Clerk of the Court

And to: J. John Franich
        Franich Law Office LLC
        104 Kutter Road
        Fairbanks, AK 99701-3169

      Pursuant to 28 U.S.C. § 1441, Defendant Jo-Ann Stores, LLC, f/k/a Defendant Jo-Ann Stores, Inc. d/b/a Jo-Ann Fabrics and Crafts hereby removes Case No. 4FA-14-02684CI, *Debra Ann Alexander v. Jo-Ann Stores, Inc.* from the Superior Court of Alaska, Fourth Judicial District at Fairbanks, to the United States District Court for the District of Alaska.

## A. Nature Of The Case

Plaintiff Debra Ann Alexander ("Plaintiff") filed this lawsuit against Defendant Jo-Ann Stores, Inc. ("Defendant") on September 29, 2014 but did not serve Defendant until February 9, 2015. The lawsuit alleges that Plaintiff suffered a personal injury as a result of Defendant's negligence. Plaintiff seeks damages in an amount to be proven at trial.

## B. This Court Has Diversity Jurisdiction

This Court has subject matter jurisdiction because the amount in controversy exceeds $75,000 exclusive of interest and costs and this action is between citizens of different states. 28 U.S.C. § 1332(a)(1).

Although Plaintiff does not include the amount of damages in her complaint (and merely alleges that she seeks damages in an amount to be proven at trial), she filed her complaint in Superior Court. AS 22.15.030(a)(1) requires a civil case to be filed in District Court unless the amount in controversy exceeds $100,000, in which case the complaint should be filed in Superior Court. See also Administrative Rule 45 (actions within the concurrent jurisdiction of the Superior Court and District Court shall be filed in District Court.) By filing her claim in Superior Court rather than District Court, Plaintiff is effectively alleging that the amount in controversy exceeds $100,000, and that the amount in controversy requirement for diversity jurisdiction is met.

There is also complete diversity of citizenship under 28 U.S.C. §1332(a). The complaint states that Plaintiff is an Alaska resident. Defendant Jo-Ann Stores, Inc. was formerly an Ohio corporation with its principal place of business in Ohio.

On January 24, 2014, Jo-Ann Stores, Inc. was converted into an LLC corporation (Jo-Ann Stores, LLC, an Ohio limited liability company), whose sole member is Needle

DEFENDANT JO-ANN STORES, INC. NOTICE OF REMOVAL
*Debra Ann Alexander v. Jo-Ann Stores, Inc.,* Case No. _____
Page 2 of 4

Case 4:15-cv-00006-SLG   Document 1   Filed 03/09/15   Page 2 of 4

Holdings, LLC. As the Ninth Circuit held in *Johnson v. Columbia Properties Anchorage LP*, 437 F.3d 894 (9th Cir. 2006), the citizenship of LLCs for purposes of diversity jurisdiction is controlled by the citizenship of its members, and an LLC is therefore a citizen of all states where its members are citizens. Needle Holdings, LLC (the sole member of Jo-Ann Stores, LLC) is a Delaware limited liability company. The sole member of Needle Holdings, LLC is Jo-Ann Stores Holdings, Inc., which is a Delaware corporation with its principal place of business in Delaware. Accordingly, there is complete diversity of citizenship between the plaintiff and the defendant in this action.

### C. Venue Is Proper

Venue is proper in this Court pursuant to 28 U.S.C. §§ 81A and 1446(a), because the District Court of Alaska is the court for the federal district in which the State Court Action is pending.

### D. Removal Is Timely

The Notice of Removal is timely under 28 U.S.C. § 1446(b). The first date when Defendant became aware of this Complaint was after the former registered agent for Jo-Ann Stores, Inc. was served with a copy of the summons and complaint on February 9, 2015. This Notice of Removal is filed within 30 days of that service date, and within 30 days of when the complaint being forwarded to Jo-Ann Stores, LLC.

### E. Process, Pleadings, And Orders Attached

Pursuant to 28 U.S.C. § 1446(a), Defendant has attached the following documents which consist of all documents from the state court proceeding which have been served on them:

    EXHIBIT A    Summons and Notice

    EXHIBIT B    Complaint

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT JO-ANN STORES, INC. NOTICE OF REMOVAL
*Debra Ann Alexander v. Jo-Ann Stores, Inc.,* Case No. _____
Page 3 of 4

### F. Notice To Parties And To The State Court

Pursuant to 28 U.S.C. § 1446(d), a written notice of filing of this Notice of Removal will be filed in the State Court Action.

### G. Conclusion

Pursuant to 28 U.S.C. § 1441, Defendant hereby removes the State Court Action from the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, to this Court.

Dated this 9th day of March, 2015.

K&L GATES LLP

By: /s/
Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2015, this document was served by mail upon the following:

J. John Franich
Franich Law Office LLC
104 Kutter Road
Fairbanks, AK 99701-3169

By: /s/ Jennifer M. Coughlin

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

DEFENDANT JO-ANN STORES, INC. NOTICE OF REMOVAL
*Debra Ann Alexander v. Jo-Ann Stores, Inc.,* Case No. _____
Page 4 of 4

Case 4:15-cv-00006-SLG   Document 1   Filed 03/09/15   Page 4 of 4