IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

Debra Ann Alexander,

    Plaintiff,

vs.

Jo-Ann Stores, Inc. dba
Jo-Ann Fabrics and Crafts,

    Defendant.

FILED in the Court
State of Alaska Fourth District

SEP 29 2014

By_____Deputy

Case No. 4FA-14-02684CI

## COMPLAINT FOR PERSONAL INJURY

Plaintiff, Debra Ann Alexander, by and through her attorney, J. John Franich and Franich Law Office, LLC, complains and alleges as follows.

1. Plaintiff is a resident of Fairbanks, Fourth Judicial District, State of Alaska.

2. Defendant Jo-Ann Stores, Inc. is a corporation that is licensed to do business in Alaska and does business at a retail store in Fairbanks, Fourth Judicial District, State of Alaska under the name Jo-Ann Fabrics and Crafts (the store).

3. On or about October 2, 2012, while shopping as a retail customer at Jo-Ann Fabrics and Crafts in Fairbanks, Alaska, Plaintiff suffered serious physical injury as a direct and proximate result of Defendant's negligence. Specifically, when Plaintiff selected a plastic flower decoration from a vase that was situated on the bottom shelf of a display unit in the store, the shelf dropped onto Plaintiff's foot, causing serious physical injury that required medical treatment.

4. The incident described above occurred as a direct result of, and was proximately caused by the careless, negligent, grossly negligent, and reckless conduct of the defendant, which consisted of the following particulars, among others:

    a. Failure to properly supervise the public areas of the store so as to furnish to the Plaintiff, and other shoppers, a safe shopping environment, free from hazards which were recognized, or should have

FRANICH LAW OFFICE, LLC
104 Kutter Road
Fairbanks, Alaska 99701-3169
Tel.: (907) 456-5100
FAX: (907) 456-5103

FRANICH LAW OFFICE, LLC
104 Kutter Road
Fairbanks, Alaska 99701-3169
Tel.: (907) 456-5100
FAX: (907) 456-5103

been recognized by Defendant as causing or likely to cause the serious physical harm to the Plaintiff and others.

b. Failing to maintain the shelves in the store in a safe condition to insure that they would not cause harm to any shoppers, including Plaintiff.

c. Otherwise failing to exercise the degree of care required under the circumstances.

5. As a direct and proximate result of Defendant's conduct and breach of the duty of care owed to Plaintiff and other shoppers, Plaintiff has, may, and probably will for an indefinite time in the future, incurred medical expenses and other monetary damages.

6. As a direct and proximate result of Defendant's conduct and breach of the duty of care owed to Plaintiff and other shoppers, Plaintiff has, may, and probably will for an indefinite time in the future suffered lost income and loss of earning capacity.

7. As a direct and proximate result of Defendant's conduct and breach of the duty of care owed to Plaintiff and other shoppers, Plaintiff has, may, and probably will for an indefinite time in the future, suffer pain, suffering, loss of enjoyment of life, inconvenience, embarrassment, and mental anguish.

8. As a direct and proximate result of Defendant's conduct and breach of the duty of care owed to Plaintiff and other shoppers, Plaintiff has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity. Her overall health, strength and vitality has been greatly impaired.

9. As a direct and proximate result of Defendant's conduct and breach of the duty of care owed to Plaintiff and other shoppers, Plaintiff suffered the injuries, losses, and damages that were more fully described above, without any negligence of the Plaintiff contributing thereto.

Plaintiff therefore demands judgment against the Defendant in an amount to be proven at trial, plus interest, costs, and attorney fees.

Date: 9/26/14

FRANICH LAW OFFICE, LLC
Attorneys for Plaintiff

By: _____
J. John Franich
ABA #8011078