IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBRA ANN ALEXANDER,<br><br>                               Plaintiff,<br>    v.<br><br>JO-ANN STORES, INC., d/b/a JO-ANN FABRICS AND CRAFTS,<br><br>                              Defendant. | Case No. 4:15-cv-00006-SLG |

### ORDER RE STIPULATION

      Upon consideration of the parties' Stipulated Motion to Change Trial Date (Docket 16), IT IS ORDERED that the five day bench trial in this matter shall begin on **January 25, 2016 at 9:00 a.m.** before Judge Sharon Gleason in Fairbanks Courtroom 1, and the February 1, 2016 trial date is VACATED. The Final Pretrial Conference shall now be held on **January 15, 2016 at 3:30 p.m.** in Anchorage Courtroom 3, and the January 22, 2016 date is also VACATED. Parties who wish to appear telephonically at the Final Pretrial Conference shall call (907) 677-6247 five minutes before the start of the conference.

      All deadlines in the Pretrial Order (Docket 14) shall be adjusted accordingly by one week forward.

      DATED this 16th day of July, 2015 at Anchorage, Alaska.

                                                          */s/ Sharon L. Gleason*
                                                          UNITED STATES DISTRICT JUDGE